1026

[No. 46011-1-I. Division One. November 13, 2000.]

DONALD R. WOODS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-09453-1, Richard M. Ishikawa, J., entered January 6, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45079-4-I. Division One. November 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BRANDT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00275-6, Richard M. Ishikawa, J., entered June 21, 1999. *Affirmed* and *remanded* by unpublished per curiam opinion.

[No. 18202-9-III. Division Three. November 14, 2000.]

JOHN W. OSBORNE, ET AL., *Appellants*, v. SPOKANE COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-02485-6, Richard J. Schroeder, J., entered January 15, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 17904-4-III. Division Three. November 14, 2000.]

GARY D. WILLIAMS, ET AL., *Respondents*, v. ROSE E. ROGERS TRUST, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-07941-0, Gregory D. Sypolt, J., entered September 15, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kato, JJ.